IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**ROBBIE WALLACE,** *Individually and*  **PLAINTIFF**
*on Behalf of All Others Similarly Situated*

v.   CASE NO. 2:22-CV-00105-BSM

**KIDS FOR THE FUTURE, INC.**   **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 3rd day of January, 2023.

_____
UNITED STATES DISTRICT JUDGE